UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DION PALMER,<br><br>   Plaintiff,<br><br>   v.<br><br>GOVERNOR OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 23-cv-06464-PCP<br><br>**ORDER OF DISMISSAL** |

Plaintiff James Dion Palmer, formerly an inmate at the San Francisco County Jail, filed this pro se civil rights action under 42 U.S.C. § 1983. On September 19, 2024, the Court determined that Plaintiff's civil rights complaint in this action failed to state a claim upon which relief may be granted. Dkt. No. 11. The Court dismissed the complaint, granted Plaintiff leave to file an amended complaint within 35 days, and cautioned him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 5-6. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed.

For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is **DISMISSED** for failure to state a claim upon which relief may be granted.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 27, 2024

_____
P. CASEY PITTS
United States District Judge